IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Peeples, Joseph D

Printed: 12/10/08

Case Number: 05 B 39107
Judge: Goldgar, A. Benjamin
Filed: 9/21/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 28, 2008
Confirmed: February 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 38,708.81 |  |
| Secured: |  | 36,602.94 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,105.87 |
| Other Funds: |  | 0.00 |
| Totals: | 38,708.81 | 38,708.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 37,733.22 | 32,026.90 |
| 3. | Ford Motor Credit Corporation | Secured | 4,616.19 | 2,749.22 |
| 4. | Saxon Mortgage Services Inc | Secured | 2,903.42 | 1,826.82 |
| 5. | Heights Autoworkers CU | Unsecured | 329.79 | 0.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 87.60 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 5.53 | 0.00 |
| 8. | Comcast Cablevision | Unsecured | 32.08 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 108.00 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 11. | Village of Riverdale | Priority | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | SBC | Unsecured | | No Claim Filed |
| 14. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| | | | $ 45,815.83 | $ 36,602.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 570.48 |
| 5% | 179.98 |
| 4.8% | 309.35 |
| 5.4% | 701.56 |
| 6.5% | 344.50 |
| | $ 2,105.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Peeples, Joseph D | Case Number:  05 B 39107 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/10/08 | Filed:  9/21/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

